UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

In Re: Bernard L. Madoff Investment Securities LLC,

No. 1:20-cv-02586-CM

----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/2022

## SCHEDULING ORDER

McMahon, J.:

On February 3, 2022, the Second Circuit issued a mandate denying the motion of ABN AMRO Bank (Ireland) Ltd. and ABN AMRO Custodial Services (Ireland) Ltd. for leave to take a direct appeal, pursuant to 28 U.S.C. § 158(d)(2). (*See* Dkt. No. 25).

Accordingly, the Court sets the following schedule for merits briefing:

- Appellant's brief is due March 7, 2022.
- Appellees' brief is due April 6, 2022.
- Appellant's reply brief is due April 21, 2022.

Dated: February 4, 2022

_____
U.S.D.J.

BY ECF TO ALL PARTIES